First Affidavit of Greg Walasek
Sworn: Hugh-Jones, London
Exhibit Marked: "A"
Sworn on behalf of the Claimant

**BETWEEN:** JESSICA FRANQUI
(Claimant)

- V -

MARCUS BOLTON,
TULLETT PREBON AMERICAS CORP,
TULLETT PREBON (AMERICAS) HOLDING INC., and
TULLETT PREBON PLC.,
(Defendant)

# AFFIDAVIT OF SERVICE

I, Greg Walasek of Conflict International Ltd, 180 Piccadilly, London W1J 9HF, and acting under the direction of Messrs Weiss & Rosenbloom, P.C., 37 Union Square West, New York, NY 10003, Solicitors for the Claimant, make oath and say:

1. That I did on the 17th of November 2010 at the time of 1645hrs attend at the business address of Tullett Prebon PLC at 155 Bishopsgate, London EC2M 3TQ. I met with the receptionists as well as with the individuals in the mail room who were unfortunately unable to accept service on behalf of the company and was instructed to go to the legal department which was based at the following address: 37th Floor, Tower 42, 25 Old Broad Street, London, EC2N 1HQ. I attended the Tower 42 address at 1745hrs but was unable to find anyone willing to accept service on behalf of the company.

2. That I did on the 18th of November 2010 at the time of 1430hrs attend at the business address of Tullett Prebon PLC at Legal Department, 37th Floor, Tower 42, 25 Old Broad Street, London, EC2N 1HQ where I met with Mr. Richard Elmitt who is the General Counsel Emea for Tullett Prebon PLC. Mr. Elmitt accepted service on behalf of the company of a set of documents consisting of a Summons signed by Barry D. Weiss, Esq. and dated the 5th of August 2010, and Verified Complaint signed by Jessica Franqui and dated the 4th of August 2010.

3. True copies of all the aforementioned documents listed in point 1 are now produced and shown to me marked exhibit "A".

SWORN at: Hugh-Jones & Co
Finchley, London

This 19th day of November 2010

Before me,
A Solicitor empowered to administer Oaths

HUGH-JONES & Co.
137 Ballards Lane,
FINCHLEY,
LONDON N3 1LJ
DX 57253 FINCHLEY 2