UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JESSICA FRANQUI,<br><br>                                    Plaintiff,<br><br>v.<br><br>MARCUS BOLTON, TULLETT PREBON AMERICAS CORP., TULLETT PREBON (AMERICAS) HOLDING INC. and TULLETT PREBON PLC,<br><br>                                    Defendants. | Case No. 10-cv-7391 (PKC)(HBP)<br><br>NOTICE OF APPEARANCE |

To the Clerk of This Court and All Parties of Record:

PLEASE TAKE NOTICE that the undersigned counsel hereby appears in this action for Defendant Marcus Bolton.

I certify that I am admitted to practice in this Court.

Dated: New, York, New York
       December 13, 2010

                                        OLSHAN GRUNDMAN FROME
                                        ROSENZWEIG & WOLOSKY LLP

                                        _____
                                        Lori Marks-Esterman (LME-2841)
                                        Aliza Herzberg (AH - 1120)
                                        Lori Barnea (LB -8223)
                                        *Attorneys for Defendant Marcus Bolton*
                                        Park Avenue Tower
                                        65 East 55th Street
                                        New York, New York 10022
                                        (212) 451-2300

1151751-1