UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
JESSICA FRANQUI,                                                    **APPEARANCE**

                Plaintiff,                                  10 CIV 7391 (PKC)

                -against-

MARCUS BOLTON,
TULLETT PREBON AMERICAS CORP.
TULLETT PREBON (AMERICAS) HOLDING INC.,
and TULLETT PREBON PLC.,

                Defendants.
-------------------------------------------------X

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff.

    I certify that I am admitted to practice in this court.

Dated: New York, NY
       December 21, 2010

                                            /s/ Andrea K. Tessler
                                            Andrea K. Tessler, Esq. (AK-4984)
                                            WEISS & ROSENBLOOM, P.C.
                                            Attorneys for Plaintiff
                                            27 Union Square West
                                            Suite 307
                                            New York, NY 10003
                                            ph:    (212) 366-6100
                                            fax:   (212) 366-6254
                                            email:  weissrosenbloom@aol.com

TO:
Sheppard Mullin Richter & Hampton LLP
Attorneys for Defendants
30 Rockefeller Plaza, 24th floor
New York, NY 10112-2201
(212) 653-8700

Olshan Grundman Frome Rosenzweig & Wolosky LLP
Attorneys for Defendant Marcus Bolton
65 East 55th Street
New York, NY 10022
(212) 451-2300