**MEMO ENDORSED**

# Law Offices of
# Weiss & Rosenbloom, P.C.

Union Square West, Suite 307, New York NY 10003
Tel. (212) 366-6100 • Fax (212) 366-6254

Amy Rosenbloom
Barry D. Weiss

Marilyn N. Cashman
Erik L. Gray
Joanne Porcelli
Andrea Krugman Tessler

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-11
```

February 14, 2011

BY FAX (212) 805-7949
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jessica Franqui v. Marcus Bolton et al
Case no: 10-CV-7391 (PKC)

Dear Judge Castel:

We are the attorneys for plaintiff. A review of the Civil Case Management Plan and Scheduling Order dated January 24, 2011 reveals an inconsistency. Item 3 states that any motion to amend or to join additional parties shall filed within thirty (30) days from the date of the order. Item 14, penned in at the conference after discussion, states that plaintiff and defendants agree to dismiss all claims against defendant TP PLC without prejudice. As discussed at the conference, discovery is required before plaintiff will be in a position to determine whether to seek to join TP PLC as a defendant; therefore the thirty day deadline set forth in item 3 is not feasible. We respectfully request that item 3 be modified to add an exception for leave to be sought to add TP PLC within thirty days of the completion of fact discovery.

We requested that defendants consent to the above but they declined to do so.

Respectfully yours,

Amy Rosenbloom
AR:6952

AR:bun

cc: Jonathan Stoler, Esq. via e-mail
Sheppard Mullin Richter & Hampton LLP
Attorneys for Defendants Tullett Prebon

Lori Marks Esterman, Esq. via e-mail
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Attorneys for Defendant Marcus Bolton

---

*Handwritten endorsement:* Application denied. Plaintiff is free to move to amend at any time. However, leave to amend need not be freely granted beyond the date in Item 3. See Parker v. Columbia. SO ORDERED. [signature] USDJ 2-14-11